No. 10–6520. BRIM, AKA HORNE v. ZAVARES, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1015;

No. 10–6641. MARTINEZ v. UNITED STATES, *ante*, p. 1017;

No. 10–6711. TORRES v. UNITED STATES, *ante*, p. 1018; and

No. 10–6860. BIRTHA v. UNITED STATES, *ante*, p. 1035. Petitions for rehearing denied.

No. 09–9905. MATTHEWS v. UNITED STATES, 559 U. S. 1113. Motion for leave to file petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–6449. WARE v. UNITED STATES, *ante*, p. 995; and

No. 10–6936. XIANG LI v. UNITED STATES, *ante*, p. 1054. Petitions for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–6950. IN RE GORBEY, *ante*, p. 1028. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–5330. GARRAWAY v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, *ante*, p. 954. Motion for leave to file petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

JANUARY 11, 2011

No. 10A688 (10–8317). FOSTER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court. JUSTICE SCALIA and JUSTICE ALITO would deny the application for stay of execution.

JANUARY 13, 2011

No. 10–8367 (10A698). WHITE v. CULLIVER, WARDEN, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of